UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:91-cr-00049-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ROBERT L. MACK,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Supervised Release. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government file a response to defendant's Motion for Early Termination of Supervised Release (#78) within 10 days, and therein reflect what position, if any, defendant's supervising officer has as to such request

Signed: February 6, 2015

Max O. Cogburn Jr.
United States District Judge