UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:91-cr-00049-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ROBERT L. MACK,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Supervised Release. Having considered defendant's motion and reviewed the pleadings, and the government and the supervising officer having concurred in the motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervised Release (#78) is GRANTED, and defendant's supervised release is terminated successfully.

Signed: March 6, 2015

Max O. Cogburn Jr.
United States District Judge